| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Mickle, Stephan P | 2. Court or Organization<br>Northern District of Florida | 3. Date of Report<br>04/21/2004 |
|---|---|---|
| 4. Title (Article-III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>401 S.E. 1st Avenue, Suite 367<br>Gainesville, FL 32601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | University of Florida Alumni Association |
| 2. | Board of Trustees | University of Florida Law Center Association |
| 3. | Adjunct Professor | University of Florida College of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Teaching Course - Trial Advocacy, Spring and Fall Semester, University of Florida |
| 2. | 2003 | State of Florida Retirement Benefits |
| 3. | 2003 | State of Florida Deferred Compensation Plan |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | University of Florida Law School, Teaching Salary | $23,205.00 |
| 2. | 2003 | State of Florida Retirement Income | $57,470.00 |

### B. Spouse's Non-Investment Income(If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FREE Foundation | August 5-10, Bozeman, MT; Terroism, Energy, Security Liberties (travel, housing, food and tuition) |
| 2. | The Florida Bar Association | June 26-27, Federal Judicial Roundtable (travel, food, housing) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Mortgage Co. | Mortgage on Rental Property; Gainesville, FL (Pt. VII, line 12 | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Mickle, Stephan P | 04/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. State of Florida Retirement | F | Retirement | N | T | | | | | |
| 2. Nuveen-FL Municipal Bond | | None | J | T | | | | | |
| 3. Templeton(IRA)-Templeton World Fund | | None | K | T | | | | | |
| 4. Security 1st - Deferred Comp. | | None | N | T | | | | | |
| 5. Security 1st-Deferred Comp. | | None | K | T | | | | | |
| 6. Property, Camden, SC | | None | J | W | | | | | |
| 7. Beach Club - Vacation Plan | | None | J | T | | | | | |
| 8. Manulife | | None | M | T | | | | | |
| 9. Oppelheimer Capital Appreciation Fund CLB (PW Retirement) | | None | K | T | | | | | |
| 10. Corts-IBM Trust | | None | J | T | | | | | |
| 11. American Skandia Apex | | None | L | T | | | | | |
| 12. Rental Property, Gainesville, FL | C | Rent | L | W | buy | 1/13 | L | | |
| 13. PW Retirement Money Fund | | None | | | | | | | |
| 14. Manulife North American Venture Vantage (PW Resource) | | None | | | | | | | |
| 15. RMA Money Mkt. Portfolio (PW Resource Management) | | None | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Mickle, Stephan P | Date of Report<br><br>04/21/2004 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Correction regarding VII-Investments and Trusts:

1. (line 13) PW Retirement Money Fund should be deleted because it is the same as #9-Oppelheimer Capital Appreciation Fund CLB   (PW Retirement)

2. (line 14) Manulife North American Venture Vantage (PW Resource) should be deleted because it is the the same as #8-Manulife

3. (line 15) RMA Money Mkt. Portfolio (PW Resourcement Management) should be deleted because it is the same as #10-Corts-IBM Trust

Items 13, 14 & 15 were duplicated on 2002 report and will not be listed on the 2004 report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Mickle, Stephan P | Date of Report<br><br>04/21/2004 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_ 4/21/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544